# Exhibit 2

| U.S. Copyright Reg. No. | Title | Image |
|---|---|---|
| VA 2-118-285 | "Blake" Bear Squishmallows |  |
| VA 2-118-286 | "Chuck" Chick Squishmallows |  |
| VA 2-173-090 | Avery Mallard Duck |  |
| VAu 1-399-147 | Target Fall Exclusive - Brown Big Foot |  |

| | | |
|---|---|---|
| VA 2-143-717 | Black and Brown Cat Oliver with Heart (Walmart Eyes) |  |
| VA 2-120-666 | Black Cat, Autumn |  |
| VAu 1-399-157 | Target Fall Exclusive - Koala with Rainbow Ears |  |
| VAu 1-395-748 | Black Dog with Bandana |  |

| | | |
|---|---|---|
| VA 2-146-420 | Black Widow Spider with Eight Legs |  |
| VA 2-127-227 | Blue Bunny Buttons |  |
| VA 2-183-993 | Brown Bear with Witch Hat Walter (Halloween Collection) |  |
| VA 2-183-566 | Brock the Bulldog |  |

| | | |
|---|---|---|
| VA 2-143-771 | Brown Monkey Momo with one heart (Walmart Eyes) |  |
| VA 2-181-995 | Bruce Walrus (Sea Life Collection) |  |
| VA 2-143-788 | Cat, Tally |  |
| VA 2-182-058 | Cici Red Panda (Zoo Collection) |  |

| | | |
|---|---|---|
| VAu 1-395-552 | Cookie Flamingo with Open Eyes |  |
| VA 2-127-228 | Cream Lamb (Easter Collection) Sophie |  |
| VAu 1-378-267 | Damien the Dinosaur with Open Eyes |  |
| VAu 1-395-815 | Dawn the Fawn |  |

| | | |
|---|---|---|
| VA 2-120-667 | Dracula Drake |  |
| VAu 1-395-927 | Dragon Collection |  |
| VA 2-130-208 | Brown Dog with Love Duff |  |
| VA 2-120-451 | Elf Elliot (Christmas Collection) |  |

| | | |
|---|---|---|
| VA 2-173-092 | Emily Black Bat (Halloween Collection) |  |
| VA 2-149-258 | Farm Baby Plush Stackers |  |
| VAu 1-395-817 | Felicia the Pandacorn |  |
| VAu 1-379-988 | Finley the Grey Donkey |  |

| | | |
|---|---|---|
| VA 2-183-865 | Francis Lion (Zoo Collection) |  |
| VA 2-146-414 | Frankestein Frankie |  |
| VAu 1-378-264 | Freddie Zebra with Open Eyes |  |
| VA 2-137-255 | Grey Elephant Emma (Baby Collection) |  |

| | | |
|---|---|---|
| VA 2-173-232 | Gabby the Yeti (Christmas Collection) |  |
| VA 2-146-416 | Ghost Grace |  |
| VA 2-173-235 | Gina Gingerbread Girl (Christmas Collection) |  |
| VA 2-143-787 | Giraffe, Gary |  |

| | | |
|---|---|---|
| VA 2-143-762 | Green Dino, Danny |  |
| VA 2-130-214 | Green Frog with 2 Hearts Philipe |  |
| VAu 1-379-914 | Gregory the Black Goat |  |
| VA 2-154-791 | Grey Owl with heart Samantha (Walmart Eyes) |  |

| | | |
|---|---|---|
| VA 2-205-381 | Grey Raccoon |  |
| VA 2-187-071 | Henry Turtle (Sea Life Collection) |  |
| VA 2-183-987 | Holiday Flamingo Franny (Christmas Collection) |  |
| VA 2-148-810 | Hot Pink Fox Fifi |  |

| | | |
|---|---|---|
| VA 2-130-209 | Hot Pink Fox with XOXO Fern |  |
| VA 2-145-276 | Hot Pink Owl Francesca Val (Walmart Eyes) |  |
| VAu 1-395-557 | Humphrey Hamster with Open Eyes |  |
| VAu 1-379-292 | Innovation First - Flamingo with Big Eyes |  |

| | | |
|---|---|---|
| VAu 1-379-782 | Innovation First - Giraffe with Big Eyes |  |
| VAu 1-379-268 | Innovation First - Grey Shark with Big Eyes |  |
| VAu 1-379-784 | Innovation First - Panda with Big Eyes |  |
| VAu 1-379-786 | Innovation First - Rainbow Unicorn with Big Eyes |  |

| | | |
|---|---|---|
| VA 2-181-691 | Irving Rhinoceros (Zoo Collection) |  |
| VA 2-143-776 | Jaguar, Lexi |  |
| VAu 1-395-558 | Joanne Sea Otter |  |
| VA 2-149-257 | Jungle Baby Plush Stackers |  |

| | | |
|---|---|---|
| VA 2-143-782 | Koala Kirk |  |
| VA 2-204-399 | Lemur Collection |  |
| VA 2-127-222 | Light Purple Calico Cat Charlotte |  |
| VAu 1-395-555 | Liv the Teal Leopard |  |

| | | |
|---|---|---|
| VA 2-173-215 | Madeleine The Witch (Halloween Collection) |  |
| VA 2-181-726 | Maribel the Butterfly (Bugs Life Collection) |  |
| VAu 1-378-119 | Martine, Sleepy Eye Llama |  |
| VAu 1-399-149 | Target Fall Exclusive - Fairy |  |

| | | |
|---|---|---|
| VA 2-173-109 | Morty The Monster |  |
| VA 2-181-702 | Nutcracker Collection |  |
| VA 2-173-091 | Paco The Red Parrot |  |
| VA 2-154-790 | Penguin With Scarf Grey (Christmas Collection) |  |

| | | |
|---|---|---|
| VA 2-120-452 | Penguin With Scarf, Luna (Christmas Collection) |  |
| VA 2-205-382 | Penny the Pug |  |
| VA 2-187-057 | Penny The Pug (Walmart Eyes) |  |
| VA 2-183-937 | Perry the Dolphin (Sea Life Collection) |  |

| | | |
|---|---|---|
| VA 2-127-224 | Pink Bunny Bop (Easter) |  |
| VA 2-189-134 | Pink Cheetah, Lori (I Heart Collection) |  |
| VA 2-130-212 | Pink Hedgehog With Hearts Marco |  |
| VA 2-120-454 | Polar Bear With Scarf, Brooke |  |

| | | |
|---|---|---|
| VA 2-146-412 | Pumpkin, Paige (Halloween Collection) |  |
| VA 2-127-225 | Purple Bunny Bubbles |  |
| VA 2-161-597 | Purple Penguin, Elle |  |
| VA 2-148-804 | Purple Pink Tie Dyed Unicorn Lola |  |

| | | |
|---|---|---|
| VA 2-143-779 | Purple Unicorn Val, Tallulah (Walmart Eyes) |  |
| VA 2-143-763 | Red and White Panda Penelope with 3 hearts (Walmart Eyes) |  |
| VA 2-120-455 | Reindeer with Scarf, Ruby |  |
| VA 2-181-656 | Ricky Clown Fish (Sea Life Collection) |  |

| | | |
|---|---|---|
| VA 2-346-939 | Boba Tea Bernice |  |
| VA 2-183-548 | Samuel The Scarecrow (Halloween Assortment) |  |
| VA 2-120-453 | Santa Nick |  |
| VAu 1-395-556 | Sawyer Squirrel with Open Eyes |  |

| | | |
|---|---|---|
| VA 2-064-304 | Sitting Bull Terrier |  |
| VA 2-064-276 | Sitting Elephant |  |
| VA 2-061-256 | Sitting Husky |  |
| VA 2-061-278 | Sitting Labrador |  |

| | | |
|---|---|---|
| VA 2-064-289 | Sitting Lion |  |
| VA 2-064-303 | Sitting Monkey |  |
| VA 2-064-271 | Sitting St. Bernard |  |
| VA 2-064-288 | Sitting Tiger |  |

| | | |
|---|---|---|
| VA 2-173-234 | Skyler The Skunk (Skunk Collection) |  |
| VAu 1-395-816 | Sleepy Eye Unicorn |  |
| VAu 1-380-500 | Sloth with Open Eyes |  |
| VA 2-120-665 | Snowman Manny (Christmas Collection) |  |

| | | |
|---|---|---|
| VA 2-143-768 | Squirrel Sawyer |  |
| VA 2-096-021 | Squishmallow Alpaca Green |  |
| VA 2-093-076 | Squishmallow Alpaca Turquoise |  |
| VA 2-096-018 | Squishmallow Cat |  |

| | | |
|---|---|---|
| VA 2-093-073 | Squishmallow Cow |  |
| VA 2-096-023 | Squishmallow Dog |  |
| VA 2-096-024 | Squishmallow Fox Orange |  |
| VA 2-096-025 | Squishmallow Fox Red |  |

| | | |
|---|---|---|
| VA 2-096-026 | Squishmallow Frog |  |
| VA 2-096-028 | Squishmallow Hedgehog |  |
| VA 2-096-022 | Squishmallow Monkey |  |
| VA 2-093-064 | Squishmallow Owl Grey |  |

| | | |
|---|---|---|
| VA 2-093-065 | Squishmallow Owl Purple |  |
| VA 2-093-066 | Squishmallow Panda |  |
| VA 2-093-068 | Squishmallow Penguin Blue |  |
| VA 2-093-069 | Squishmallow Penguin Pink |  |

| VA 2-093-070 | Squishmallow Pig |  |
|---|---|---|
| VA 2-093-072 | Squishmallow Sloth |  |
| VA 2-093-075 | Squishmallow Unicorn Purple |  |
| VA 2-096-020 | Squishmallow Unicorn Turquoise |  |

| | | |
|---|---|---|
| VA 2-173-229 | Stacy The Squid |  |
| VAu 1-378-254 | Sunny Bee with Open Eyes |  |
| VA 2-183-864 | Sunny The Bee (Bugs Life Collection) |  |
| VAu 1-378-268 | Tally the Grey Gat with Open Eyes |  |

| VAu 1-379-887 | Teresa the Grey Unicorn with Rainbow Bangs |  |
|---|---|---|
| VA 2-143-769 | Theo Tie Dye Unicorn Stackable |  |
| VA 2-143-784 | Tiger Tina |  |
| VAu 1-379-884 | Tito the Toucan |  |

| VAu 1-379-885 | Tracey the Zebra with Hot Pink Hair |  |
| VAu 1-395-560 | Tristan Triceratops with Open Eyes |  |
| VA 2-181-708 | Tristan Triceratops (Zoo Collection) |  |
| VA 2-186-008 | Trudy Ladybug (Bugs Life Collection) |  |

| | | |
|---|---|---|
| VA0 2-154-787 | Turquoise Owl Winston |  |
| VAu 1-395-559 | Veronica Octopus with Open Eyes |  |
| VA 2-143-760 | White Cat Kate |  |
| VA 2-143-785 | White Spotted Eye Dog Charlie |  |

| | | |
|---|---|---|
| VA 2-147-034 | Wolf With Scarf Tilman |  |
| VA 2-182-063 | Zachary (Zach) The Zombie (Halloween Collection) |  |
| VA 2-145-811 | Duff Dog with Love (Walmart Eyes) |  |
| VA 2-183-928 | Milo the Mummy |  |

| VAu 1-399-153 | Target Fall Assortment - Laying Dog Squishmallow |  |
| --- | --- | --- |
| VAu 1-399-132 | Target Fall Assortment - Laying Unicorn |  |
| VAu 1-399-689 | Target Fall Exclusive - Laying Caticorn |  |
| VAu 1-399-148 | Target Fall Assortment - Laying Dragon Squishmallow |  |

| | | |
|---|---|---|
| VAu 1-399-131 | Target Fall Exclusive - Yeti |  |
| VAu 1-399-158 | Target Fall Exclusive - Unicorn with Glasses |  |
| VAu 1-399-136 | Target Fall Exclusive - Arctic Wolf |  |
| VAu 1-399-134 | Target Fall Exclusive - Blue Sloth |  |

| | | |
|---|---|---|
| VA 2-346-938 | Axolotl Archie |  |
| VA 2-347-058 | Cheeseburger Carl |  |
| VA 2-347-337 | Pink Donut Dabria |  |
| VA 2-347-347 | Mushroom Malcolm |  |

| | | |
|---|---|---|
| VA 2-347-348 | S'mores Carmelita |  |
| VA 2-347-621 | Mint Chocolate Sundae Maya |  |
| VA 2-347-718 | Burrito Bernardo |  |
| VA 2-348-287 | Apple Ashley |  |

| | | |
|---|---|---|
| VA 2-348-289 | Strawberry Scarlet |  |
| VA 2-351-866 | Green Cactus Maritza |  |
| VA 2-351-646 | Purple TD Alien Daxxon |  |
| VA 2-352-495 | Black Panther Xiomara |  |

| | | |
|---|---|---|
| VA 2-351-865 | Dalmatian Dog Dustin |  |
| VA 2-352-975 | Pink Planet Zuzana |  |
| VA 2-346-940 | Avocado Toast Sinclair |  |